# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD BILLINGSLEY,** | 1:17-cv-00008-LJO-EPG |
| **Plaintiff,** | **ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE AND DIRECTING CLERK TO CLOSE THIS CASE** |
| **MV TRANSPORTATION, INC., a California Corporation,** | |
| **Defendant.** | |

On March 17, 2017, this Court issued an order dismissing Plaintiff's complaint with 14-days leave to amend. The Court noted that if Plaintiff did not amend the complaint to correct the deficiencies noted in the March 17, 2017, order, the complaint would be dismiss as time-barred for all the reasons stated. (Doc. 14.) Plaintiff did not file an amended complaint.

As such, IT IS HEREBY ORDERED that the complaint is dismissed with prejudice, and the Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **April 6, 2017**          /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

1